PROB 12A
(Revised 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Brandon Prince  Case Number: 3:10CR00163-22

Name of Judicial Officer: The Honorable Aleta A. Trauger, U. S. District Judge

Date of Original Sentence: June 15, 2012

Original Offense: 18 U.S.C. § 4, Misprision of Felony

Original Sentence: 3 years' probation

Type of Supervision: Probation     Date Supervision Commenced: June 15, 2012

Assistant U.S. Attorney: Scarlett Singleton     Defense Attorney: John P. Cauley

---

**THE COURT ORDERS:**
☒ No Action at this Time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant

Considered this 25th day of Oct., 2012, and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____
Augustine A. Omelogu
U.S. Probation Officer

Place: Nashville, Tennessee

Date: October 25, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **Defendant shall not commit another federal, state, or local crime:** |

On October 5, 2012, the offender was issued a citation by Metro-Nashville Police Department for Driving on a Suspended License.

His initial court appearance on the charge is set for October 30, 2012.

**Compliance with Conditions of Supervision and Prior Intervention**

Mr. Prince appeared to be adjusting positively under supervision until the incident/citation he received on October 5, 2012. The offender resides with his girlfriend and their children at 234 Tanglewood Court, in Nashville, and maintains steady employment at Bridgestone in LaVergne, as a technician earning $14 per hour.

Since receiving the citation, Mr. Prince has indicated he would pay his outstanding traffic fines and have his driver's license reinstated. The probation officer has instructed Mr. Prince to desist from operating any motor vehicle without a valid driver's license.

**Recommendation:**

The probation officer respectfully recommends no action against the offender at this time.

The U.S. Attorney's Office has been advised of the offender's noncompliance.

Approved by: _____
Kenneth Parham
Supervisory U.S. Probation Officer